# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: [CASE NAME]

Fletcher H. Hyler

Case No. 04-32952-TEC-11

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Jan 2005            **PETITION DATE:** _____

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $11,317,600 | $11,317,600 | |
| | b. Total Assets | $11,317,600 | $11,317,600 | $9,317,600 |
| | c. Current Liabilities | approx $125,000 | $81,500 | |
| | d. Total Liabilities | approx $6,297,000 * | $6,201,650 | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $943.00 | $1,000.00 | $12,988.00 |
| | b. Total Disbursements | $939.00 | $807.00 | |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | | $135.00 | |
| | d. Cash Balance Beginning of Month | $170.32 | $272.00 | |
| | e. Cash Balance End of Month (c + d) | $166.92 | $409.00 | $166.92 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | | | |
| 6. | Post-Petition Liabilities | | | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | | | |

At the end of this reporting month:                                    **Yes**     **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) ___  X
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) ___  X
10. If the answer is yes to 8 or 9, were all such payments approved by the court? ___  X
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) ___  X
12. Is the estate insured for replacement cost of assets and for general liability? X  ___
13. Are a plan and disclosure statement on file? ___  X
14. Was there any post-petition borrowing during this reporting period? ___  X

15. Check if paid: Post-petition taxes ___ ;  U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .     (Not due yet)

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax) reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: _____                         _____
                                          Responsible Individual

*Incl. $130,000 taxes contested.

Case: 04-32952    Doc# 77-1    Filed: 03/14/05    Entered: 03/14/05 12:45:25    Page 1 of 6

Revised 1/1/98

## BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended __Jan 2005__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $500.00 approx. |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | Total Current Assets | | |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | x | $11,000,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | x | $266,000 |
| 10 | Vehicles | | |
| 11 | Partnership interests | x | $20,000 |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | $30,000 |
| 15 | Other: Stock options (est.) | | |
| 16 | | | |
| 17 | Total Long Term Assets | | $11,316,000 |
| 18 | Total Assets | | $11,316,000 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $1,000 approx. |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | property tax | $20,000 |
| 22 | Accrued professional fees | undetermined | |
| 23 | Other: _____ | | |
| 24 | Accrued mtg. liability - $120,000 | | $120,000 approx. |
| 25 | Total Current Liabilities | | |
| 26 | Long-Term Post Petition Debt | | |
| 27 | Total Post-Petition Liabilities | | $141,000 approx. |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $5,656,000 approx. |
| 29 | Secured claims (other) | | $70,000 |
| 30 | Priority unsecured claims | | $130,000 approx.* |
| 31 | General unsecured claims | | $300,000 approx. |
| 32 | Total Pre-Petition Liabilities | | $6,156,000 |
| 33 | Total Liabilities | | $6,297,000 approx. |
| | **Equity (Deficit)** | | |
| 34 | Total Equity | Equity Approx. | $4,700,00 |
| 35 | Total Liabilities and Equity (Deficit) | | |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Case: 04-32952   Doc# 77-1   Filed: 03/14/05   Entered: 03/14/05 12:45:25   Page 2 of 6

Revised 1/1/98

*Taxes contested at this time.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

<u>List the Rental Information Requested Below By Properties (For Rental Properties Only)</u>

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | | | |
| 2 | Scheduled Gross Rents | | | |
|   | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | | | |
| 7 | Scheduled Net Rents | | | |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | | | |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Washington Mutual | | |
| 11 | Account No. | ~~488-04128~~ | | |
| 12 | Account Purpose | | | |
| 13 | Balance, End of Month | ~~$166.92~~ | | |
| 14 | Total Funds on Hand for all Accounts | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended Jan 2005

|    |                                                          | Actual Current Month | Cumulative (Case to Date) |
|----|----------------------------------------------------------|----------------------|---------------------------|
|    | **Cash Receipts**                                        |                      |                           |
| 1  | Rent/Leases Collected                                    |                      |                           |
| 2  | Cash Received from Sales                                 |                      |                           |
| 3  | Interest Received                                        |                      |                           |
| 4  | Borrowings                                               |                      |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders     |                      |                           |
| 6  | Capital Contributions                                    |                      |                           |
| 7  |                                                          |                      |                           |
| 8  | Compensation Approx.                                     | $943.00              |                           |
| 9  |                                                          |                      |                           |
| 10 |                                                          |                      |                           |
| 11 |                                                          |                      |                           |
| 12 | **Total Cash Receipts**                                  |                      |                           |
|    | **Cash Disbursements**                                   |                      |                           |
| 13 | Selling                                                  |                      |                           |
| 14 | Administrative                                           |                      |                           |
| 15 | Capital Expenditures                                     |                      |                           |
| 16 | Principal Payments on Debt                               |                      |                           |
| 17 | Interest Paid                                            |                      |                           |
|    | Rent/Lease:                                              |                      |                           |
| 18 |    Personal Property                      |                      |                           |
| 19 |    Real Property                          |                      |                           |
|    | Amount Paid to Owner(s)/Officer(s)                       |                      |                           |
| 20 |    Salaries                               |                      |                           |
| 21 |    Draws                                  |                      |                           |
| 22 |    Commissions/Royalties                  |                      |                           |
| 23 |    Expense Reimbursements                 |                      |                           |
| 24 |    Other                                  |                      |                           |
| 25 | Salaries/Commissions (less employee withholding)         |                      |                           |
| 26 | Management Fees                                          |                      |                           |
|    | Taxes:                                                   |                      |                           |
| 27 |    Employee Withholding                   |                      |                           |
| 28 |    Employer Payroll Taxes                 |                      |                           |
| 29 |    Real Property Taxes                    |                      |                           |
| 30 |    Other Taxes                            |                      |                           |
| 31 | Other Cash Outflows:                                     |                      |                           |
| 32 |    Per Expense                            | $939.60              |                           |
| 33 |                                                          |                      |                           |
| 34 |                                                          |                      |                           |
| 35 |                                                          |                      |                           |
| 36 |                                                          |                      |                           |
| 37 | **Total Cash Disbursements:**                            |                      |                           |
| 38 | Net Increase (Decrease) in Cash                          |                      |                           |
| 39 | Cash Balance, Beginning of Period                        |                      |                           |
| 40 | Cash Balance, End of Period                              | $166.92              |                           |

Case: 04-32952   Doc# 77-1   Filed: 03/14/05   Entered: 03/14/05 12:45:25   Page 4 of 6

# Washington Mutual

STATEMENT OF ACCOUNT

THE FEE FOR EACH OVERDRAWN TRANSACTION,
WHETHER PAID OR RETURNED, IS $22.00.

TO REACH CUSTOMER SERVICE, PLEASE CALL
TELEPHONE BANKING AT 1-800-788-7000.

114,697

08-S-83

FLETCHER H HYLER
5070 ALPINE RD
PORTOLA VALLEY CA 94028-8073

STATEMENT PERIOD:
FROM 12-14-04
THRU 01-13-05

0

FOR PLATINUM CHECKING CUSTOMERS: EFFECTIVE JANUARY 23, 2005, THERE WILL BE TWO NEW
INTEREST BALANCE TIERS FOR YOUR PLATINUM CHECKING ACCOUNT: $100,000 TO $249,999 AND
$250,000 AND OVER. FOR QUESTIONS, VISIT YOUR FINANCIAL CENTER OR CALL 1-800-788-7000.

| FREE CHECKING | WASHINGTON MUTUAL BANK, FA | FDIC INSURED |
|---|---|---|

FLETCHER H HYLER        ACCOUNT NUMBER:    488-034142-8

YOUR OVERDRAFT LIMIT, AS OF THE STATEMENT END DATE,
WAS $    1,000.00. THIS MAY BE CHANGED AT ANY TIME
WITHOUT NOTICE. OVERDRAFTS ARE SUBJECT TO A PER
TRANSACTION CHARGE. SEE REVERSE FOR MORE INFORMATION.

| BEGINNING BALANCE | TOTAL WITHDRAWALS | TOTAL DEPOSITS | ENDING BALANCE |
|---|---|---|---|
| 486.27 | 653.37 | 543.00 | 375.90 |

YTD INTEREST PAID    :        .00
YTD INTEREST WITHHELD:        .00

| DATE | WITHDRAWALS | DEPOSITS | TRANSACTION DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 12/20 | 27.66 | | VISA-CHEVRON 00095700 CUPERTINO CA | | | |
| 12/23 | 12.00 | | VISA-AMPCO SYSTEM PARKISAN FRANCISCOCA | | | |
| 12/24 | 124.45 | | VISA-RISTORANTE CARPACCMENLO PARK CA | | | |
| 12/27 | 15.00 | | VISA-PORTOLA VALLEY FUEPORTOLA VALLECA | | | |
| 12/28 | 64.94 | | POS    BIG 5 SPTG G    BIG 5 SPTG GDS-0140 | MENLO PARK | 28 | 1228 |
| 12/28 | 8.00 | | VISA-WWW.INTERLAND.COM 404-720-3734 GA | | | |
| 12/31 | 30.60 | | VISA-HOBEES CALIFORNIA PALO ALTO CA | | | |
| 12/31 | 33.30 | | VISA-PORTOLA VALLEY FUEPORTOLA VALLECA | | | |
| 1/04 | 55.00 | | VISA-NORTHWEST FUEL    866-4683973 WA | | | |
| 1/06 | 9.69 | | VISA-CHEVRON 00097016 REDWOOD CITY CA | | | |
| 1/07 | | 543.00 | ATM-NCHG    S1A07202    170 LADERA CNTRY | PORTOLA VLY | 96 | 0107 |
| 1/10 | 124.33 | | VISA-FLOWER LOUNGE RESTMILLBRAE CA | | | |
| 1/10 | 5.95 | | VISA-CREDIT REPORT 800-800-493-3292 CA | | | |
| 1/11 | 40.00 | | ATM-NCHG    S1A07101    650 SANTA CRUZ | MENLO PARK | 54 | 0111 |
| 1/12 | 21.30 | | VISA-CHEVRON 00095700 CUPERTINO CA | | | |

DETAIL OF CHECKS PAID:

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 134 | 12/15 | 81.15 | | | | | | |

Case: 04-32952   Doc# 77-1   Filed: 03/14/05   Entered: 03/14/05 12:45:25   Page 5 of 6

PAGE 01 OF 01

# Washington Mutual

STATEMENT OF ACCOUNT

THE FEE FOR EACH OVERDRAWN TRANSACTION,  
WHETHER PAID OR RETURNED, IS $22.00.

TO REACH CUSTOMER SERVICE, PLEASE CALL  
TELEPHONE BANKING AT 1-800-788-7000.

117,223

08-S-83

FLETCHER H HYLER  
5070 ALPINE RD  
PORTOLA VALLEY CA 94028-8073

STATEMENT PERIOD:  
FROM 01-14-05  
THRU 02-11-05

0

BE CAUTIOUS OF E-MAILS ASKING YOU FOR PERSONAL, BANKING, OR CREDIT CARD INFORMATION.  
LEARN HOW E-MAIL SCAMS WORK AND HOW YOU CAN PROTECT YOURSELF AT: WAMU.COM  
JUST CLICK THE ALERT LINK ON THE RIGHT SIDE OF YOUR SCREEN.

| FREE CHECKING | WASHINGTON MUTUAL BANK, FA | FDIC INSURED |
|---|---|---|

FLETCHER H HYLER                                  ACCOUNT NUMBER:    488-034142-8

YOUR OVERDRAFT LIMIT, AS OF THE STATEMENT END DATE,  
WAS $     1,000.00. THIS MAY BE CHANGED AT ANY TIME  
WITHOUT NOTICE. OVERDRAFTS ARE SUBJECT TO A PER  
TRANSACTION CHARGE. SEE REVERSE FOR MORE INFORMATION.

| BEGINNING BALANCE | TOTAL WITHDRAWALS | TOTAL DEPOSITS | ENDING BALANCE |
|---|---|---|---|
| 375.90 | 731.66 | 400.00 | 44.24 |

YTD INTEREST PAID    :         .00  
YTD INTEREST WITHHELD:         .00

| DATE | WITHDRAWALS | DEPOSITS | TRANSACTION DESCRIPTION | | | |
|---|---|---|---|---|---|---|
| 01/14 | 40.00 | | ATM-NCHG    S1A07101   650 SANTA CRUZ | MENLO PARK | 95 | 0114 |
| 01/18 | 3.00 | | VISA-STANFORD UNIV TRANSTANFORD     CA | | | |
| 01/19 | 12.00 | | VISA-AMPCO SYSTEM PARKISAN FRANCISCOCA | | | |
| 01/21 | 27.18 | | VISA-CHEVRON 00095700  CUPERTINO    CA | | | |
| 01/24 | 140.00 | | VISA-CORKSCREW CAFE RESCARMEL VALLEYCA | | | |
| 01/24 | 33.25 | | VISA-CHEVRON 00095700  CUPERTINO    CA | | | |
| 01/24 | 140.00 | | VISA-THE VILLAGE PUB   WOODSIDE     CA | | | |
| 01/25 | | 400.00 | ATM-NCHG    S1A07202   170 LADERA CNTRY | PORTOLA VLY | 40 | 0125 |
| 01/25 | 22.00 | | OVERDRAFT CHARGE | | | |
| 01/27 | 16.90 | | VISA-CHEVRON 00095700  CUPERTINO    CA | | | |
| 01/28 | 8.00 | | VISA-WWW.INTERLAND.COM 404-720-3734 GA | | | |
| 01/31 | 100.00 | | ATM-NCHG    S1A07202   170 LADERA CNTRY | PORTOLA VLY | 43 | 0131 |
| 01/31 | 25.00 | | VISA-LONGS DRUG STORES MENLO PARK   CA | | | |
| 01/31 | 16.00 | | VISA-PORTOLA VALLEY FUEPORTOLA VALLECA | | | |
| 02/04 | 28.33 | | VISA-CHEVRON 00095700  CUPERTINO    CA | | | |
| 02/08 | 20.00 | | VISA-AMPCO SYSTEM PARKISAN FRANCISCOCA | | | |

DETAIL OF CHECKS PAID:

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 161 | 02/07 | 100.00 | | | | | | |

Case: 04-32952   Doc# 77-1   Filed: 03/14/05   Entered: 03/14/05 12:45:25   Page 6 of 6

PAGE 01 OF 01